Andrew Burl **WRIGHT, Petitioner— Appellant,**

v.

Mary **MITCHELL, Warden of FCI, Respondent—Appellee.**

No. 11–7183.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2011.

Decided: Nov. 18, 2011.

Andrew Burl Wright, Appellant Pro Se.

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Burl Wright, a federal prisoner, appeals the district court's order denying his motion to reconsider the court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Wright v. Mitchell,* No. 6:10–cv–03147–DCN (D.S.C. Aug. 10, 2011). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*